435 A.2d 1320

Commonwealth v. Sullivan, Appellant.

Petition for Allowance of Appeal Granted, Sentence Vacated, Remanded Dec. 16, 1981.

Argued March 3, 1980. Peter B. Foster, for appellant; Gary E. Hartman, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

648

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

The judgment of sentence of the lower court is affirmed.